IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. **3:12cr 137** |
| | : | |
| vs. | : | INFORMATION |
| | : | 18 U. S. C. § 1832(a)(2) |
| JEFFREY S. WALDEN, | : | **TIMOTHY S. BLACK** |
| | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
### [18 U.S.C. § 1832(a)(2)]

Between on or about November 11, 2008 and February 14, 2010 in the Southern District of Ohio, and elsewhere, the defendant **JEFFREY S. WALDEN**, with the intent to convert a trade secret that is related to the design, production, and distribution of commercially printed programs for musical and stage productions, a product that is produced for and placed in interstate commerce, specifically computerized data bases owned by Just Business!, Inc., d/b/a/ "OnStage Publications" of 1612 Prosser Ave., Kettering, Ohio which contained proprietary client lists, advertiser lists, contract information, and examples of past publications and programs, to the economic benefit of Ovation Publications, LLC, and other persons not the trade secret's owner, and knowing and intending that the offense will injure Just Business!, Inc., d/b/a/ "OnStage Publications", the owner of that trade secret, knowingly did without authorization, copy, duplicate, download, replicate and convey such information.

In violation of Title 18, United States Code, Section 1832(a)(2).

CARTER M. STEWART
UNITED STATES ATTORNEY

LAURA I. CLEMMENS
Dayton Branch Chief